IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

AARON JOSEPH CULLISON,
  Plaintiff,

v.                                                          Civil No. 3:20cv578 (DJN)

MR. JOHNSON, *et al.*,
  Defendants.

**MEMORANDUM OPINION**

On August 10, 2020, the Court conditionally docketed Plaintiff Aaron Joseph Cullison's ("Plaintiff") action. (ECF No. 2.) Plaintiff requested leave to proceed *in forma pauperis*. (ECF No. 3.) By Memorandum Order entered on September 2, 2020, the Court directed Plaintiff to pay an initial partial filing fee of $69.28 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. (ECF No. 7 (citing 28 U.S.C. § 1915(b)(1).) More than eleven days have elapsed and Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                                                /s/
                                                                        David J. Novak
                                                                       United States District Judge

Richmond, Virginia
Dated: September 22, 2020